46399.   COURTNEY v. GENERAL ACCIDENT GROUP et al.

HALL, Presiding Judge. The issue here is identical to, and there-
fore controlled by the holding in *Colbert v. American Fire &c.
Co.,* 124 Ga. App. 808.

*Judgment affirmed. Bell, C. J., and Eberhardt, J., concur. Whit-
man, J., not participating because of illness.*

SUBMITTED JUNE 30, 1971—DECIDED OCTOBER 27, 1971—
REHEARING DENIED NOVEMBER 9, 1971.

*Wade H. Leonard,* for appellant.
*Charles L. Drew,* for appellees.